Prob12A
D/NV Form
Rev. Mar. 2007

# United States District Court

## for

## the District of Nevada

---

### REPORT ON OFFENDER
### UNDER SUPERVISION
### September 16, 2011

# AND ORDER

---

**Name of Offender:**   __ALFRED EMMIT WHITESIDE__

Case Number:   __2:10-cr-527-GMN-PAL__

Name of Sentencing Judicial Officer: __Honorable Margaret M. Morrow__

Date of Original Sentence: __June 2, 2008__

Original Offense: __Possession with Intent to Distribute Cocaine__

Original Sentence: __10 months custody, 3 years supervised release__

Date Supervision Commenced: __June 2, 2008__

Date Jurisdiction Transferred to District of Nevada: __October 21, 2010__

Name of Assigned Judicial Officer: __Honorable Gloria M. Navarro__

---

## COMPLIANCE SUMMARY

Reference is made to the Probation Petitions dated October 29, 2010, and May 24, 2011, notifying the Court of Mr. Whiteside's new criminal conduct to include Robbery and Battery With Intent to Commit a Robbery, and a positive drug test for Phencyclidine (PCP). A status conference is currently scheduled for September 20, 2011.

The petition was based in part on new criminal charges filed by the State of Nevada, case number C272577. Mr. Whiteside had a jury trial, that concluded on September 2, 2011. Mr. Whiteside was found not guilty of all charges. District Attorney Bernie Zudrowski indicated that the victim in this case is very difficult and she was found by the jury to not be creditable. The probation office has attempted to contact the victim on multiple occasions, but has not been successful in doing so. All of the contact information for the victim is no longer valid and the probation office has no further way to contact her.

As a result of Mr. Whiteside's positive drug test for PCP, he was placed in the halfway house and referred for a substance abuse assessment. The counselor indicated the he does not meet the clinical criteria for substance abuse treatment. He been at the halfway house since June 3, 2011. He has also been on drug testing and had no further positive tests.

Prob12A
D/NV Form
Rev. Mar. 2007

Due to the fact that Mr. Whiteside was found not guilty of all of his pending state charges, and that the probation office has no way to contact the victim in this case, the probation office requests that the Probation Petitions referenced previously be dismissed and any future court dates be vacated. The probation office believes that his halfway house placement, drug testing record, and treatment assessment results have been a sufficient sanction to his positive drug test. Mr. Whiteside would have expired from supervision on June 1, 2011, had he not been pending revocation. Therefore, unless Your Honor disagrees with this request, Mr. Whiteside will be released from supervision.

If Your Honor has any questions, please do not hesitate to contact me at (702) 527-7306.

Respectfully submitted,

_____
JOEL NELSON
United States Probation Officer

APPROVED: _____
ROBERT G. AQUINO
Supervising United States Probation Officer

**IT IS SO ORDERED** this 19th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge